Lorraine Czap,                               Plaintiff          Superior Court of New Jersey
                    vs.                                         Venue:   UNITED STATES DISTRICT COURT
Century Waste Services LLC                   Defendant          Docket Number:   2:18-CV-04779-JLL-JAD

**Person to be Served** (Name & Address) :                     **AFFIDAVIT OF SERVICE**
Marc Savino                                                    (For use by Private Service)
623 Dowd Ave
Elizabeth, NJ 07201                                            Cost of Service pursuant to R. 4:4-3(c)
**Attorney:**                                                               $75.00
Harrison, Harrison & Associates, Ltd.
110 State Highway 35 Suite #10
Red Bank, NJ 07701
**Papers Served:**
Summons, FLSA Complaint

**Service Data:**

| Served Successfully | [X] | Not Served | [ ] | Date  Mon, Apr 09 2018 | Time: | 01:10 PM |
|---|---|---|---|---|---|---|
| | | | | | Attempts: | 1 |

| | |
|---|---|
| [ ] | Delivered a copy to him / her personally |
| [ ] | Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right) |
| [X] | Left a copy with a person authorized to accept service, e.g., management agent, registered agent, etc. (indicate name & official title at right) |

Name of Person Served and relationship or title

Cathryn Kearney

Authorized Representative

**Description of Person Accepting Service:**

Sex: Female     Age: 35-45     Height: 5'8"     Weight: 130-170     Skin Color: Caucasian     Hair Color: Blond

**Unserved:**

| | |
|---|---|
| [ ] | Defendant is unknown at the address furnished by the attorney |
| [ ] | All reasonable inquiries suggest defendant moved to an undetermined address |
| [ ] | No such street in municipality |
| [ ] | No response on:  Date: _____  Date: _____ |
| | Time: _____  Time: _____ |
| [ ] | Other: _____  Comments or Remarks _____ |

**Server Data:**

Subscribed and Sworn to me this
_10_ day of _Apri_ _2018_

Notary Signature
Name of Notary, commission expiration.

I, Mark Levenberg, was at the time of service a competent adult and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

04/10/2018

*Mark Levenberg, 216 River Ave Suite 120, Lakewood, NJ 08701, 732-606-2553*

Affidavit of Service (9/30/2002)

Revised 9/30/2002, CN 10516-English

YECHESKEL SCHWAB
ID. NO. - 2313118
STATE OF NEW JERSEY
NOTARY PUBLIC
MY COMMISSION EXPIRES _4/1_ 20_19_

page 1 of 1