| | | |
|---|---|---|
| Lorraine Czap, | **Plaintiff** | Superior Court of New Jersey |
| vs. | | Venue: UNITED STATES DISTRICT COURT |
| Century Waste Services LLC | **Defendant** | Docket Number: 2:18-CV-04779-JLL-JAD |

**Person to be Served** (Name & Address):
Century waste Services LLC
623 Dowd Ave,
Elizabeth, NJ 07201

**AFFIDAVIT OF SERVICE**
(For use by Private Service)

**Attorney:**
Harrison, Harrison & Associates, Ltd.
110 State Highway 35 Suite #10
Red Bank, NJ 07701

Cost of Service pursuant to R. 4:4-3(c)
$75.00

**Papers Served:**
Summons, FLSA Complaint

**Service Data:**
Served Successfully [X]    Not Served [ ]

Date  Mon, Apr 09 2018    Time: 01:10 PM
Attempts: 1

[ ] Delivered a copy to him / her personally
[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)
[X] Left a copy with a person authorized to accept service, e.g., management agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship or title
Cathryn Kearney
Authorized Representative

**Description of Person Accepting Service:**

Sex: Female    Age: 35-45    Height: 5'8"    Weight: 130-170    Skin Color: Caucasian    Hair Color: Blond

**Unserved:**

[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] No response on: Date: _____ Date: _____
              Time: _____ Time: _____
[ ] Other: _____ Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
_10_ day of _April_ _2018_

Notary Signature
Name of Notary, commission expiration.

YECHESKEL SCHWAB
ID. NO. - 2313118
STATE OF NEW JERSEY
NOTARY PUBLIC
MY COMMISSION EXPIRES 4/11/20 19

I, Mark Levenberg, was at the time of service a competent adult and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

04/10/2018

Mark Levenberg, 216 River Ave Suite 120, Lakewood, NJ 08701, 732-606-2553

Affidavit of Service (9/30/2002)

Revised 9/30/2002, Word 6: English

page 1 of 1