# HOROWITZ LAW GROUP, LLC

49 Route 202, PO Box 13
Far Hills, New Jersey 07931
Tel: 973-789-8300 · Fax: 973-789-8345

Steven B. Horowitz · NJ, GA
Rae T. Horowitz · NJ, GA

Alison G. Greenberg · NJ, NY

Of Counsel
Chad B. Friedman · NJ, NY
Jaimie A. Slosberg · NJ, NY

August 31, 2018

VIA ECF ONLY

The Honorable Joseph A. Dickson
Magistrate, United States District Court
District of New Jersey
Martin Luther King Building and US Courthouse
50 Walnut St.
Newark, NJ   07101

RE: Czap v. Century Waste Services, LLC et al.
Case Number 18-CV-04779 (JLL)(JAD)

Dear Judge Dickson:

As your files should reflect, the undersigned represents Defendants in the above referenced matter. Please accept this letter in lieu of a more formal Request to Adjourn the Scheduling Conference currently scheduled for Friday, September 7, 2018, at 9:45 am.

The reason for this request is based on the fact that the parties have agreed to utilize Mediation in an attempt to resolve the outstanding issues alleged. To this end, Mediator Dean Burrell has been engaged to conduct a Mediation on October 10, 2018. Preferably, the Scheduling Conference could be rescheduled to a date after October 10th to see if the Mediation process will be successful.

Please note that Counsel for Plaintiff, David Harrison, Esq., has consented to this request.

Thank you for your attention to this matter. Should you have any questions with regards to this request, please feel free to contact me at your convenience.

Very truly yours,
**HOROWITZ LAW GROUP, LLC**

Steven B. Horowitz, Esq.
shorowitz@horowitzlawgroup.com

cc: David Harrison, Esq. (via email only)